IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                                                  No. 15-10052-01-JTM

JOSE L. CASTILLO,
    Defendant.

MEMORANDUM AND ORDER

    Defendant Jose Castillo has moved to terminate his supervised release pursuant to 18 U.S.C. § 3563(c) and Fed.R.Crim.Pr. 12. The United States and the Probation Office have raised no objection to the motion, and the court finds that the defendant has served his incarceration and half of his supervised release term without violation. For good cause shown, the defendant's motion (Dkt. 63) is hereby granted, and his period of supervision is hereby terminated.

    IT IS SO ORDERED this day of July, 2020.

*J. Thomas Marten*
J. Thomas Marten, Judge